**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHELE MILLAR,**<br>**Plaintiff,**<br>**v.**<br>**NORTHEAST SNF OPERATIONS, LLC *d/b/a* BRYN MAWR VILLAGE,**<br>**Defendant.** | **CIVIL ACTION NO. 25-6835** |

**ORDER**

**AND NOW,** this 31st day of July 2026, upon consideration of Defendant Northeast SNF Operations, LLC's First Motion to Dismiss [Doc. No. 5], Plaintiff Michele Millar's Amended Complaint [Doc. No. 6], Defendant's Second Motion to Dismiss [Doc. No. 9], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's First Motion to Dismiss [Doc. No. 5] is **DISMISSED as moot**.
2. Defendant's Second Motion to Dismiss [Doc. No. 9] is **DENIED**.
3. Defendant shall file an Answer to Plaintiff's Amended Complaint on or before **August 17, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**